UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ORIGINAL
FILED
JUN - 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
c/o Herbert A. Rosenthal
1020 19th Street, N.W.
SUITE 400
WASHINGTON, DC 20036
Plaintiff

vs.

Evelyn R. Sheppard
1335 Barnaby Ter., S.E.,
Washington, DC 20032
Defendant

CASE NUMBER  1:05CV01085
JUDGE: John Garrett Penn
DECK TYPE: Student Loan (J)
DATE STAMP: 06/01/2005

## COMPLAINT FOR MONEY OWED TO THE UNITED STATES

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution, 28 U.S.C. § 1345, and 28 U.S.C §3004.

### STATEMENT OF THE CLAIM

2. The Defendant(s) is indebted to the United States for the following amounts:

Current principal balance *(after application of all prior payments, credits, and offsets)*: $2,697.67; plus current Capitalized Interest Balance and Accrued Interest: $3,424.42, a of 04/04/2005; plus Administrative Costs of $45.00; plus attorneys fees of $1,500.00, making the total owed of $7,667.09.

3. The Certificate of Indebtedness, attached as Exhibit "B", shows the total owed excluding attorney's fees and Court costs and related charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8.000% per annum from the date stated in Exhibit "B". The promissory notes which are at issue are attached as Exhibit "A" hereto.

<u>Failure to Pay</u>

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, the United States of America prays for judgment:

A. For the sums set forth in paragraph 2 above, plus prejudgment interest through the date of judgment, all administrative costs, and service of process costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 with that interest on the judgment at the legal rate per annum until paid in full;

B. For attorneys' fees allowed by law or contract; and

C. For such other relief which the Court deems proper.

Respectfully submitted,

*[signature]*

Herbert A. Rosenthal, Bar No. 11007
1020--19th Street, NW, #400
Washington, DC 20036
Tel No. (202) 785-9773
Fax No. (202) 659-3526
ATTORNEY FOR THE UNITED STATES OF AMERICA

May 25, ~~April~~, 2005

NOTICE: IF THIS LINE __xx____ ✓____ IS CHECKED, THE NOTES ARE TRUE COPIES.

NCIF Number: C101-01037

2