U.S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Evelyn R. Sheppard
AKA: Sheppard Evelyn &
Evelyn Sheppard
1335 Barnaby Ter. SE
Washington, D.C. 20032

SSN: 579 98 4378

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 03/29/01.

On or about 03/19/86 the borrower executed promissory notes(s) to secure loan(s) of $2,500.00 from National Bank of Commerce - Washington, D.C. at 8% percent interest per annum. This loan obligation was guaranteed by American Student Assistance and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 11/27/87, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,697.67 to the holder. The Department then reimbursed the guarantor for that claim payment under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 04/27/93, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $261.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $2,697.67 |
| Interest: | $2,557.03 |
| Administrative/Collection Costs: | $45.00 |
| Late Fees: | $0.00 |
| Total debt as of 03/29/01 | $5,299.70 |

Interest accrues on the principal shown here at the rate of $0.59 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 4/23/01    Name: _____
Title: Loan Analyst
Branch: Litigation Branch

L. Hom
Loan Analyst

Exhibit B

05 1085

FILED
JUN - 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT