# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

United States of America
Plaintiff(s)

Case Number: <u>1:05CV01085 JGP</u>

vs

<u>Evelyn R. Sheppard</u>
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Cordis A. McCain, hereby certify that on August 12, 2005 at 11:45 AM, I executed service of process upon **EVELYN R. SHEPPARD** at Capital Gastrioligy, 10801 Lockwood Drive Suite 200, Silver Spring, MD 20901 by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of Right to Consent to Trial Before a U.S. Magistrate Judge, Complaint and Exhibits.

Evelyn R. Sheppard is described as a Black Female, approximately 5' 5" tall, 150-160 pounds, Brown eyes, Black hair, and 46 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 59 years of age, Date of Birth 5/28/1946; and that I am not a party to this action.

The cost of service is $45.50

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 15, 2005.

Date August 15, 2005.

_____
Cordis A. McCain

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on August 15, 2005.

_____
My Commission Expires:

Shandora Dobson
Notary Public, District of Columbia
My Commission Expires 12-14-2008

Ref.# 64499