Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
_____

       Plaintiff(s)

Civil Action No.  05-1085(JGP) _____

    V.

EVELYN R. SHEPPARD
_____

       Defendant(s)

RE: **EVELYN R. SHEPPARD**

## DEFAULT

It appearing that the above-named  defendant has   failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on      August 12, 2005      , and an affidavit on behalf of the plaintiff having been filed, it is this 19th  day of ___October___ , 2005  declared that:  defendant is   in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____

                   Deputy Clerk