UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      Plaintiff

v.                                            Civil Action No. 05-1085 (JGP)

EVELYN R. SHEPPARD,

      Defendant

## O R D E R

Pending before the Court is **Plaintiff's Application For A Default Judgment With An Award Of Attorneys Fees**, filed pursuant to Federal Rule of Civil Procedure 55(b)(2) [docket no. 5]. The Court has not received defendant's response to the plaintiff's motion. Defendant is not represented by counsel and as such is proceeding pro se in this case. Because any decision by the Court regarding plaintiff's pending motion could dispose of the entire case and result in a final judgment, the Court files this Order to be certain that defendant receives adequate notice that plaintiff's motion has been filed, that plaintiff's motion asks the Court to grant default judgment against defendant and to advise defendant of her legal obligations.

Civil cases pending before this Court are governed by the Federal Rules of Civil Procedure which are supplemented by the Civil Rules of the United States District Court for the District of Columbia ("Local Civil Rules") as well as decisions by the United States Court of Appeals for the District of Columbia Circuit. Local Civil Rule 7(b) permits the Court to treat a motion as conceded if no opposition or response is filed within eleven (11) days of the filing of the original motion. In Fox v. Strickland, 267 U.S. App. D.C. 84, 837 F.2d 507 (1988), the

United States Court of Appeals for the District of Columbia Circuit issued a decision which held that a district court must explain to a pro se party the nature of a pending motion filed by an adverse party and the consequences of failing to respond to a dispositive motion before the motion is granted based on the pro se party's failure to oppose or respond to the motion.  When a court issues a decision as to a dispositive motion that decision could dispose of the entire case and result in a final judgment.  Here, plaintiff is asking this Court to issue a decision in favor of plaintiff and against defendant in this case.  Although the time for defendant to respond to the motion has passed, the Court will allow defendant until October 13, 2006 to file or submit a response to the Court.  Defendant's response should address why a default judgment should not be issued against defendant or why the relief requested by plaintiff should not be granted.   If defendant fails to file or submit a response on or before October 13, 2006  the Court will issue a decision granting plaintiff's motion.  If plaintiff's motion is granted, default judgment will be entered against defendant and all that plaintiff is seeking will be granted and thus owed by defendant.  Accordingly, it is hereby

    **ORDERED** that defendant must respond to plaintiff's motion on or before October 13, 2006 or else the plaintiff's motion will be treated as conceded and judgment will be entered in favor of the plaintiff and against the defendant.

**DATE: September 30, 2006**　　　　　　　　　　　　　　　　**JOHN GARRETT PENN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

**Copy via First-Class Mail to:**
Evelyn R. Sheppard.
2853 Brentwood Road, N.E.

Washington, D.C.  20018
Defendant

**Copy via Electronic Case Filing System to:**
Herbert Rosenthal, Esq.
1020 –19th Street, N.W.
Suite 400
Washington, D.C.  20036
Attorney for plaintiff