**CLERK'S COPY**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>       v. )<br>Evelyn R. Sheppard )<br>    Defendant(s), )<br>       and )<br>CAPITAL Gastriology )<br>    Garnishee ) | CASE NO.  1:05CV01085 JGP |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. §3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant(s) Evelyn R. Sheppard, social security number --- -- 4378, whose last known address is: 2853 Brentwood Rd., N.E. Washington, DC  20018, in the above-cited action in the amount of $8,440.37, and post-judgment interest at the rate of  4.930%, compounded annually.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from April 9, 2007, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.  The name and address of the Garnishee or his authorized agent is:

```
          CAPITAL Gastriology
          Payroll Administrator
          10801 Lockwood Drive, #200
          Silver Spring, MD  20901




                              /S/

                              Herbert A. Rosenthal
                              1020--19TH STREET, N.W., #400
                              WASHINGTON, DC  20006-6101
                              PHONE:  (202) 785-9773
                              FAX:  (202) 659-3526
April 9, 2007                 Attorney for THE UNITED STATES
                              Bar Number:  11007
```

**CLERK'S COPY**

**UNITED STATES DISTRICT COURT FOR THE DIST OF COLUMBIA
CIVIL DIVISION**

CASE NO.  1:05CV01085 JGP

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| Evelyn R. Sheppard | ) |
| Defendant(s), | ) |
| and | ) |
| CAPITAL Gastriology | ) |
| Garnishee | ) |

WRIT OF CONTINUING GARNISHMENT

GREETINGS TO:   CAPITAL Gastriology
                Payroll Administrator
                10801 Lockwood Drive, #200
                Silver Spring MD 20901

An application for a Writ of Garnishment against the property of Evelyn R. Sheppard, defendant, has been filed with this Court. A judgment has been entered against the above-named defendant in the amount of $8,440.37, plus costs and interest, computed through April 9, 2007.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owned by the debtor, including non-exempt, disposable earnings.

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly or monthly.

You must file the original written answer to this writ within

ten (10) days of your receipt of this writ with the United States District Clerk at:  **CLERK, CIVIL DIVISION, UNITED STATES DISTRICT COURT, 333 CONSTITUTION AVENUE, NW, WASHINGTON, DC 20001.**

 Additionally, you are required by law to serve a copy of this writ upon the debtor at:  2853 Brentwood Rd., N.E., Washington, DC  20018 or at a more recent address per your records;  and upon the counsel for the United States: Herbert A. Rosenthal, 1020--19TH STREET, NW, #400, WASHINGTON, DC 20006-6101.

 Under the law, there is property which is exempt form this writ of Garnishment.  Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption form.

 Pursuant to 15 U.S.C. §1674, Garnishee is prohibited from discharging the defendant from employment by reason of the fact that his earnings have been subject to garnishment for any one indebtedness.

 If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an order requiring you to appear before the Court.  If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property.  It is unlawful to pay or deliver to the defendant any item attached by this writ.

                         **NANCY B. MAYER-WHITTINGTON**
                            CLERK, UNITED STATES DISTRICT
                   COURT


                         BY: _____
DATED: _____        Deputy Clerk